*Monday, October 30, 2000*

## MOTION DOCKET

**00–1794.   Independence v. Power.**

Cuyahoga App. No. 76534. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's motion for stay of execution of court of appeals' judgment pending appeal,

IT IS ORDERED by the court that the motion for stay of execution of court of appeals' judgment pending appeal be, and hereby is, denied.

RESNICK, J., not participating.

## MISCELLANEOUS DISMISSALS

**00–1040.   Liggens v. Liggens.**

Summit App. No. 19926. This cause is pending as a discretionary appeal. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction, due July 6, 2000, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed, *sua sponte.*

*Tuesday, October 31, 2000*

## MISCELLANEOUS DISMISSALS

**00–1872.   State ex rel. Huskey v. Indus. Comm.**

Franklin App. No. 99AP–1316. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.